302 So.2d 545

**In re Guy PATTERSON**

**v.**

**STATE.**

**Ex parte Guy Patterson.**

**SC 1004.**

Supreme Court of Alabama.

Oct. 31, 1974.

Clellon K. Baeder, Huntsville, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Guy Patterson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Patterson v. State, 53 Ala. App. 567, 302 So.2d 540.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

304 So.2d 43

**Ex parte Billy Peppers.**

**In re Billy PEPPERS**

**v.**

**STATE.**

**SC 998.**

Supreme Court of Alabama.

Nov. 21, 1974.

J. Terry Huffstutler, Jr., Guntersville, for petitioner.

No brief for the State.

JONES, Justice.

Petition of Billy Peppers for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Peppers v. State, 53 Ala.App. 695, 304 So.2d 39.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and McCALL, JJ., concur.